PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
2018 JAN -2 PM 4: 18
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| United States District Court | District | NORTHERN TOLEDO |
|---|---|---|
| Name (under which you were convicted): Antoine maurice moore | Docket or Case No: 2014 0624 3:18 CV 10 | |
| Place of Confinement: Lucas county jail | Prisoner No.: 709-606 | |
| Petitioner (include the name under which you were convicted) Antoine maurice moore | V. | Respondent (Authorized person having custody of Petitioner) Adult parole authority |
| The Attorney General of the State of: mich Dewine | | |

JUDGE HELMICK
MAG. JUDGE JAMES R. KNEPP II

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: 311 erie st toledo ohio 43604

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): 6-02-14

   (b) Date of sentencing: 6-02-14

3. Length of sentence: 2 yrs

4. In this case, were you convicted on more than one count or of more than one crime? Yes ✓ No

5. Identify all crimes of which you were convicted and sentenced in this case: burglary 3 escape

6. (a) What was your plea? (Check one)
    (1) Not guilty ___
    (3) Nolo Contendere (no contest) ✓
    (2) Guilty ___
    (4) Insanity plea ___

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _None_

(c) If you went to trial, what kind of trial did you have? (check one)
    Jury ___
    Judge only ✓

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
    Yes ___
    No ✓

8. Did you appeal from the judgment of conviction?
    Yes ✓
    No ___

9. If you did appeal, answer the following:

(a) Name of court: _Lucas County Common Pleas_

(b) Docket or case number (if you know): ___

(c) Result: ___

(d) Date of result (if you know): ___

(e) Citation to the case (if you know): ___

(f) Grounds raised: _Post conviction relief._

(g) Did you seek further review by a higher state court?    Yes ___    No ✓

If "Yes," answer the following:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): ___

(3) Result: ___

(4) Date of result (if you know): ___

(5) Citation of the case (if you know): N/A

(6) Grounds raised: _____

_____

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ___ No ✓
If "Yes," answer the following:

    (1) Docket or case number (if you know): N/A

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petition, application or motions concerning this judgement of conviction in any state court?

    Yes ___      No ✓

11. If your answer to Question 10 was "YES," give the following information:

    (a) (1) Name of court: N/A

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    Yes ___      No ✓    N/A

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

N/A

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ___  No ___

N/A

(7) Result: _____

(8) Date of Result (if you know): _____

(c) If you file any third petition, application, or motion, give the same information:

(1) Name of court:_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ___  No ✓

(7) Result:_____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      Yes ___   No ✓
(2) Second petition    Yes ___   No ___
(3) Third petition     Yes ___   No ___

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _cause there was resentencing instead and grounds was settled_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION</u>: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** _N/A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(b) If you did not exhaust your state remedies on Ground One, explain why: _resentencing was giving and the case was settled_

(c) **Direct Appeal of Ground One**:

    (1) If you appealed from the judgment of conviction, did your raise this issue?
    Yes ___    No ✓

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why? _resentencing was granted and settled on those grounds_

(d) **Post-Conviction Proceedings**:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ___    No ✓

    (2) If your answer to Question (d)(1) is "Yes," state: _N/A_

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed: _____

N/A ↓

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____

(3) Did you receive a hearing on your motion or petition?
   Yes ___   No ✓

(4) Did you appeal from the denial of your motion or petition?
   Yes ___   No ✓

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ___   No ✓

N/A ↓

(6) If your answer to Question (d)(4) is "Yes," state

   Name and location of the court where the appeal was filed:_____
   _____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order if available)_____
   _____

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue:_____
_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One:_____
_____
_____

N/A ↓

**GROUND TWO:**_____
_____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
_____
_____
_____
_____
_____
_____

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why:_____

(c) **Direct Appeal of Ground Two**:

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ___        No ✓

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?____NO____

(d) **Post-Conviction Proceedings**:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes ___        No ✓    N/A

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:_____

        Name and location of the court where the motion or petition was filed:_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion or petition?
        Yes ___        No ✓

    (4) Did you appeal from the denial of your motion or petition?
        Yes ___        No ✓

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        Yes ___        No ✓

    (6) If your answer to Question (d)(4) is "Yes," state:    N/A

        Name and location of the court where the appeal was filed:_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Results (attach a copy of the court's opinion or order if available)_____

N/A

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue:_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Two:_____
_____
_____

↓

**GROUND THREE:**_____
_____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why:_____
_____
_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ___      No ✓

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes ___      No ✓

N/A ↓

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____
_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Remark (attach a copy of the court's opinion or order, if available):_____

(3) Did you receive a hearing on your motion or petition?
    Yes ___     No _✓_

(4) Did you appeal from the denial of your motion or petition?
    Yes ___     No _✓_

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ___     No _✓_

(6) If your answer to Question (d)(4) is "Yes," state      *N/A*

   Name and location of the court where the appeal was filed:_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Results (attach a copy of the court's opinion or order if available)_____

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue:_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three:_____ *N/A* _____

**GROUND FOUR:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ____        No ✓

    (2) If you did not raise this issue in your direct appeal, explain why?_____
_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes ____        No ✓

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:_____

        Name and location of the court where the motion or petition was filed:_____
_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Result (attach of copy of the court's opinion or order, if available):_____
_____

    (3) Did you receive a hearing on your motion or petition?
        Yes ____        No ✓

    (4) Did you appeal from the denial of your motion or petition?
        Yes ____        No ✓

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        Yes ____        No ✓    N/A

    (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed:_____
_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Result (attach a copy of the court's opinion or order if available)_____
_____

N/A

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue:_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Four:_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ___      No ✓

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:____ Toledo Ohio _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:_____
   N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ___      No ✓

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach of copy of any court opinion or order, if available:____ N/A _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal for the judgment you are challenging?  Yes ___      No ✓

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: ____ N/A _____

16. Give the name and address, if you know, of each attorney who represented you in the following state of the judgment you are challenging: N/A

    (a) At preliminary hearing:_____

    (b) At arraignment and plea:_____

    (c) At trial: _____

    (d) At sentencing:_____

    (e) On appeal:_____

    (f) In any post-conviction proceeding:_____

    (g) On appeal from any ruling against you in a post-conviction proceeding:_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment you are challenging? Yes ___ No ✓

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ___ No ✓

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*(see below) N/A

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period limitations shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitations period shall run from the latest of:

        (A) the date on which the judgment became final by the conclusion of direct review or the

expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitution right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of true diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitations under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _habeas corpus_
or any other relief to which petitioner is entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _12-26-17_ (month, date, year).

Executed (signed) on _12-26-17_ (Date).

_Antoine Moore_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition._____